## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**SUZANNE ERICKSON**,

    Plaintiff,

v.                                                                                  Case No.  3:17-cv-1263-J-25PDB

**DIGITAL RISK MORTGAGE SERVICES, LLC**,

    Defendant.

_____ /

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

    **PLEASE TAKE NOTICE** that, in accordance with Local Rule 3.05, this action is designated as a **TRACK TWO** Case.  Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties.  Counsel and any unrepresented party shall meet within 45 days after service of the complaint upon any defendant, or the first appearance of any defendant, and file a Case Management Report within seven (7) days of said meeting,[1] utilizing the attached Case Management Report form (the Court **will not** accept a unilateral Report).

    The Court anticipates that most Track Two cases will be tried within 18 months of the filing date.  Therefore, the discovery deadline shall be set 11 months from the filing date.  If the parties are seeking more time for discovery then this 11 month time-frame would allow, they shall, along with a showing of good cause, provide the Court with their proposal for the discovery deadline in an addendum to the case management report.

    The parties are invited to consider assumption of responsibility for this case by the assigned Magistrate Judge.  Attached to filing party's copy of this Notice for such purpose is a self-explanatory Consent form.  Note that the form is to be filed **ONLY** if signed and agreed to by all parties on a single form.

    **All parties must submit to chambers a courtesy copy of any document filed that exceeds 25 pages, including exhibits.  Courtesy copies should be submitted as promptly as possible and may be provided via United States Mail or other reliable service.**

Date: November 15, 2017                                              ELIZABETH M. WARREN, CLERK

                                                                                By:   /s/ M. Oliver
                                                                                        Deputy Clerk

Copies to:    Counsel of Record
                   *Pro Se* Parties

Attachments:    Case Management Report  form
                   Form A0-85 "Notice of Availability of a United States  Magistrate Judge to Exercise Jurisdiction"
Rev.  9/17

---

[1] Local Rule 3.05(c)(2) sets forth different deadlines.   The deadlines in this notice enable the Court to comply with an amendment to Federal Rule of Civil Procedure 16(b)(2) effective December 1, 2015.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Plaintiff,

v.                                                                  Case No.

,

Defendant.
_____/

**CASE MANAGEMENT REPORT**

    1.  **Meeting of Parties**:  Pursuant to Local Rule 3.05(c)(2)(B) or (c)(3)(A), a telephone or in-person conference was held on _____ (date) at _____ (time) between:

    Name                                  Counsel for (if applicable)

    2. **Initial Disclosures**:  The parties (*check one*) [__] have exchanged [__] agree to exchange   information described in Fed. R. Civ. P. 26(a)(1) (A) - (D) on or by _____ (date).  Below is a detailed description of information disclosed or scheduled for disclosure.

    3.  **Discovery Plan - Plaintiff(s)**:  The parties jointly propose the following Plaintiff's discovery plan:

        a. Every discovery effort Plaintiff plans to pursue is described below.  The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

            (1) Requests for Admission:

Number of Requests for Admission:  Parties may seek to limit the number of Plaintiff's requests for admission in accordance with Fed. R. Civ. P. 26(b)(2).  Any such request must be made in paragraph 6 below and approved by the court.

### (2) Written Interrogatories:

Number of Interrogatories:  Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts."  Any request by Plaintiff to exceed this limit must be made in paragraph 6 below and approved by the court.

### (3) Requests for Production or Inspection:

### (4) Oral Depositions:

Number of Depositions:  Local Rule 3.02(b) provides, "[i]n accordance with Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court."  Any request by Plaintiff to exceed this limit must be made in paragraph 6 below and approved by the court.

Time Permitted for Each Deposition:   Each deposition is limited to one day of seven hours in accordance with Fed. R. Civ. P. 30(d)(2) unless extended by agreement of the parties or order of Court.

The parties stipulate/request a court order to extend the time to take the deposition of the following individuals:

| Name | Proposed length of Deposition | Grounds |
|---|---|---|
| | | |

      b.  **Disclosure of Expert Testimony**:  Parties stipulate, in accordance with Fed. R. Civ. P. 26(a)(2)(C), that Plaintiff's Fed. R. Civ. P. 26(a)(2) disclosure will be due as noted here:

      c.  **Supplementation of Disclosures and Responses**:  Parties agree that Plaintiff's supplementation under Fed. R. Civ. P. 26(e) will be provided at the following times:

      d.  **Completion of Discovery**:  Plaintiff will commence all discovery in time for it to be completed on or before _____ (date).

    4.  **Discovery Plan - Defendant(s)**:  The parties jointly propose the following Defendant's discovery plan:

      a.  Every discovery effort Defendant plans to pursue is described below.  The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

        (1) Requests for Admission:

Number of Requests for Admission:  Parties may seek to limit the number of Defendant's requests for admission in accordance with Fed. R. Civ. P. 26(b)(2).  Any such request must be made in paragraph 6 below and approved by the court.

### (2) Written Interrogatories:

Number of Interrogatories:  Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts."  Any request by Defendant to exceed this limit must be made in paragraph 6 below and approved by the court.

### (3) Requests for Production or Inspection:

### (4) Oral Depositions:

Number of Depositions:  Local Rule 3.02(b) provides, "[i]n accordance with Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court."  Any request by Defendant to exceed this limit must be made in paragraph 6 below and approved by the court.

Time Permitted for Each Deposition:  Each deposition is limited to one day of seven hours in accordance with Fed. R. Civ. P. 30(d)(2) unless extended by agreement of the parties or order of Court.

The parties stipulate/request a court order to extend the time to take the deposition of the following individuals:

| Name | Proposed length of Deposition | Grounds |
|---|---|---|
|  |  |  |

      b.  **Disclosure of Expert Testimony**:  Parties stipulate, in accordance with Fed. R. Civ. P. 26(a)(2)(C), that Defendant's Fed. R. Civ. P. 26(a)(2) disclosure will be due as noted here:

      c.  **Supplementation of Disclosures and Responses**:  Parties agree that Defendant's supplementation under Fed. R. Civ. P. 26(e) will be provided at the following times:

      d.  **Completion of Discovery**:  Defendant will commence all discovery in time for it to be completed on or before _____ (date).

    5.  **Joint Discovery Plan - Other Matters**: Parties agree on the following other matters relating to discovery (*e.g.*, handling of confidential information, assertion of privileges, whether discovery should be conducted in phases or be limited to or focused upon particular issues):

    6.  **Disagreement or Unresolved Issues Concerning Discovery Matters**:  Any disagreement or unresolved issue will not excuse the establishment of discovery completion dates.  The parties are unable to agree as to the following issues concerning discovery:

7. **Third Party Claims, Joinder of Parties, Potentially Dispositive Motions**: Parties agree that the final date for filing motions for leave to file third party claims, motions to join parties, motions for summary judgment, and all other potentially dispositive motions should be _____ . (Note time limit in Local Rule 4.03.)

8. **Settlement and Alternative Dispute Resolution**: Pursuant to Local Rule 3.05(c)(2)(C)(v), the parties submit the following statement concerning their intent regarding Alternative Dispute Resolution:

Parties agree that settlement is (*check one*) [__] likely [__] unlikely.

Parties agree to consent to binding arbitration pursuant to Local Rules 8.02(a)(3) and 8.05(b).

(*check one*)   [__] yes    [__] no    [__] likely to agree in future

Parties agree to participate in court annexed mediation as detailed in Chapter Nine of the Court's Local Rules.  (*check one*)       [__] yes    [__] no    [__] likely to agree in future

If yes, the order of referral described in Local Rule 9.04 should be entered by the Court on _____ (date) designating _____ (name) to serve as mediator.

If binding arbitration is not agreed to, the Court may order nonbinding arbitration pursuant to Chapter Eight of the Local Rules, mediation pursuant to Chapter Nine of the Local Rules, or both.

9. **Consent to Magistrate Judge Jurisdiction**:  The parties agree to consent to the jurisdiction of the United States Magistrate Judge for final disposition, including trial. See 28 U.S.C. § 636.   (*check one*)       [__] yes    [__] no    [__] likely to agree in future

10. **Preliminary Pretrial Conference**:  Local Rule 3.05(c)(3)(B) provides that preliminary pretrial conferences are **mandatory in Track Three cases**.

**Track Two cases**: Parties (*check one*) [____] request [____] do not request a preliminary pretrial conference before entry of a Case Management and Scheduling Order in this Track Two case.  Unresolved issues to be addressed at such a conference include:

      11. **Final Pretrial Conference and Trial**: Parties agree that they will be ready for a final pretrial conference on or after _____(date) and for trial on or after _____(date).  This **Jury** \_\_\_ **Non-Jury** \_\_\_ trial is expected to take approximately \_\_\_\_ hours.

      12. **Pretrial Disclosures and Final Pretrial Procedures**:  Parties acknowledge that they are aware of and will comply with pretrial disclosures requirements in Fed. R. Civ. P. 26(a)(3) and final pretrial procedures requirements in Local Rule 3.06.

      13.   Other Matters  (if any):

Date:

Signature of Counsel (with information required by Local Rule 1.05(d)) and Signature of Unrepresented Parties

_____

_____

_____

_____

_____

AO 85 (Rev. 01/09) Notice, Consent and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

v.                                                                Case No.

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*.  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only  if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case,

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | |

### REFERENCE ORDER

IT IS **ORDERED** that this case be referred to a UNITED STATES MAGISTRATE JUDGE for all further proceedings and order the entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73..

_____   _____
            DATE                                                                                UNITED STATES DISTRICT JUDGE

**NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.  DO NOT RETURN THIS FORM TO A JUDGE.**