IN THE MIDDLE DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT
JACKSONVILLE DIVISION

SUZANNE ERICKSON,

        Plaintiff,

vs.

Case No.: 3:17-CV-01263-HLA-PDB

DIGITAL RISK MORTGAGE
SERVICES, LLC,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, SUZANNE ERICKSON, by and through her undersigned counsel, files this Notice of Settlement of the above-captioned cause and requests that, pursuant to Local Rule 3.08, this Court should remove this cause from the present trial docket and keep the file open for administrative purposes for the next 60 days for purposes of allowing parties to complete all matters relating to the verbal settlement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2018, a true and correct copy of the foregoing has been furnished via email to:

B. Tyler White, Esquire
Jennifer Shoaf Richardson, Esquire,
Jackson Lewis, P.C.
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202, at the following primary and secondary emails:
**Primary:** whitet@jacksonlewis.com
**Secondary:** Jennifer.richardson@jacksonlewis.com

                              **FLORIN ROEBIG, P.A.**

**WIL H. FLORIN, ESQUIRE**
Florida Bar No.: 0337234
**PARKER Y. FLORIN, ESQUIRE**
Florida Bar No.: 127139
Primary Email:   WHF@FlorinRoebig.com
Secondary Email:  PFlorin@FlorinRoebig.com
                 Lisa@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorneys for Plaintiff