UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SUZANNE ERICKSON,**

    Plaintiff,

v.                                          CASE NO.  3:17-cv-1263-J-25PDB

**DIGITAL RISK MORTGAGE
SERVICES, LLC**,

    Defendant.

_____

**O R D E R**

    Pursuant to the parties' Stipulation (Dkt. 17), it is

    **ORDERED** that this action is **DISMISSED with prejudice**.

    **DONE AND ORDERED** at Jacksonville, Florida this 16th day of May, 2018.

                                                    HENRY LEE ADAMS, JR.
                                                    United States District Judge

Copies to:  Counsel of Record